| | |
|---|---|
| 1 | **RIVERA & ASSOCIATES** |
| 2 | 2180 Harvard Street, Suite 310<br>Sacramento, California 95815 |
| 3 | Tel: 916-922-1200 Fax: 916 922-1303 |
| 4 | Jesse M. Rivera, CSN 84259 |
| 5 | Shanan L. Hewitt, CSN 200168<br>Jonathan B. Paul, CSN 215884 |
| 6 | |
| 7 | Attorneys for Defendants,<br>Michael Sayre, Laurie Thomas, Adams, Jacquez F. |

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OMAR REYNOSO, | ) | CASE NO. 4:11-cv-4525-CW (PR) |
| Plaintiff, | ) | **DEFENDANTS' REQUEST FOR AN ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTIONS** |
| vs. | ) | |
| CHIEF MEDICAL OFFICER MICHAEL SAYRE, et al. | ) | |
| Defendants. | ) | |

RESPONDENTS SAYRE, THOMAS, ADAMS, and JACQUEZ F., hereby respectfully request the Court grant them an enlargement of time of 90 days to file dispositive motions.

Due to numerous conflicts by the Attorney General's office our office has been assigned conflicts and overflow cases. Due to the Plaintiff having been moved from one prison facility to another there are numerous witnesses to interview and voluminous medical records to examine. Thus, we are requesting additional time for the discovery process.

We are hereby requesting a short continuance of the dispositive motion deadline of 90 days up to December 7, 2012, to file dispositive motions. We do not believe plaintiff will be prejudiced by this short delay, nor will this require a resetting of any trial or pretrial hearing.

///

1 | August 13, 2012

Respectfully submitted,

RIVERA & ASSOCIATES

　/s/ *Jesse M. Rivera*
JESSE M. RIVERA
Attorney for Respondents
Michael Sayre, Laurie Thomas, Adams and
Jacquez F.

**DECLARATION OF JESSE M. RIVERA**

I, JESSE M. RIVERA, hereby declare:

1. That I am licensed to practice in all of the courts of the State of California and am also authorized to practice in the Federal District Court, Eastern District, State of California, as well as the Northern and Central District, State of California. I am also authorized to practice in the Ninth and the Eleventh Circuit District Court, and the United States Supreme Court;;

2. That I am a principal with the law firm of RIVERA & ASSOCIATES;

3. Due to numerous conflicts by the Attorney General's office our office has been assigned conflicts and overflow cases;

4. Due to numerous conflicts by the Attorney General's office our office has been assigned conflicts and overflow cases. Due to the Plaintiff having been moved from one prison facility to another there are numerous witnesses to interview and voluminous medical records to examine. Thus, we are requesting additional time for the discovery process;

5. That I have taken the deposition of the Plaintiff, Omar Reynoso on August 9, 2012;

6. That I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify to those facts;

7. We are hereby requesting a short continuance of the dispositive motion deadline of 90 days up to December 7, 2012, to file dispositive motions;

8. We do not believe plaintiff will be prejudiced by this short delay, nor will this require a resetting of any trial or pretrial hearing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 13, 2012

                                          /s/ *Jesse M. Rivera*
                                        JESSE M. RIVERA

1
2
3
4
5
6
7
8
9
10
11

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12  )  CASE NO. 4:11-cv-4525-CW (PR)
13  OMAR REYNOSO, )
                  )  ORDER ON DEFENDANTS' REQUEST
14        Plaintiff, )  FOR AN ENLARGEMENT OF TIME TO
                  )  FILE DISPOSITIVE MOTIONS
15  vs.           )
16                )
17  CHIEF MEDICAL OFFICER MICHAEL )
    SAYRE, et al. )
18                )
          Defendants.
19  ─────────────────────────────

20   Good cause here appearing, Defendants' request for an extension of time to file dispositive

21  motions is granted.

22   IT IS HEREBY ORDERED that defendants have until December 7, 2012, to file dispositive

23  motions. Plaintiff's opposition will be due no later than 28 days after the dispositive motion
    is filed, and Defendants shall file a reply no later than 14 days after the opposition is filed.
24

25   ─────────────────────────────
                                  The Honorable Claudia Wilken
26                                United States District Judge

27
28

*Omar Reynoso v. Chief Medical Officer Michael Sayre, et al*
U.S. District Court, Northern District, Oakland
Case Number: 4:11-cv-04525-CW (PR)

**PROOF OF SERVICE**

    I am a citizen of the United States, employed in the City and County of Sacramento. My business address is 2180 Harvard Street, Suite 310, Sacramento, California, 95815. I am over the age of 18 years and not a party to the above-entitled action.

    I am familiar with RIVERA & ASSOCIATES' practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a U.S. mailbox after the close of each day's business.

On the following date, I served the attached:

**DEFENDANTS' REQUEST FOR AN ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTIONS**

__X__    on all parties who have appeared via electronic mail through CM/ECF.

_____    on the parties in this action, who do <u>not</u> appear via electronic mail, by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail.

_____    on all other the parties in this action by causing a true copy thereof to be telecopied by facsimile to the attorneys of record in the above action.

_____    (By Express Mail pursuant to Code of Civil Procedure section 1013.) I deposited each sealed envelope, with the postage prepaid, to be delivered via Federal Express to the party(ies) so designated on the service list.

PRO SE
Omar Reynoso
H-93482
C4-109
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

    I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed August 13, 2012, at Sacramento, California.

                                    /s/  *Rhonda Harrigan*
                                       Rhonda Harrigan