IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| OMAR REYNOSO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHIEF MEDICAL OFFICER MICHAEL SAYRE, et al.<br><br>　　　　Defendants. | CASE NO. 4:11-cv-4525-CW (PR)<br><br>ORDER ON DEFENDANTS' REQUEST FOR AN ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTIONS |

　　　Good cause here appearing, Defendants' request for an extension of time to file dispositive motions is granted.

　　　IT IS HEREBY ORDERED that defendants have until December 7, 2012, to file dispositive motions. Plaintiff's opposition will be due no later than 28 days after the dispositive motion is filed, and Defendants shall file a reply no later than 14 days after the opposition is filed.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable Claudia Wilken
　　　　　　　　　　　　　　　　　　　　United States District Judge