1  **RIVERA & ASSOCIATES**

2  2180 Harvard Street, Suite 310
Sacramento, California 95815

3  Tel: 916-922-1200 Fax: 916 922-1303

4  Jesse M. Rivera, CSN 84259
Shanan L. Hewitt, CSN 200168

5  Jonathan B. Paul, CSN 215884

6

7  Attorneys for Defendants,
Michael Sayre, Laurie Thomas, N. Adam,
and F. Jacquez

8

9

10                         **IN THE UNITED STATES DISTRICT COURT**

11                  **IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12

13 | OMAR REYNOSO, | ) | CASE NO. 4:11-cv-4525-CW (PR) |
|---|---|---|
|        Plaintiff, | ) ) | **[PROPOSED] ORDER ON DEFENDANTS SAYRE, THOMAS, ADAM AND JACQUEZ'S REQUEST TO FILE MOTION FOR SUMMARY JUDGMENT EXCEEDING 25 PAGE LIMIT** |
| vs. | ) ) ) ) |  |
|  | ) ) ) | Time: N/A (per Doc. 6) Date: N/A (per Doc. 6) |
| CHIEF MEDICAL OFFICER MICHAEL SAYRE, et al. | ) ) ) |  |
|        Defendants. | ) ) |  |

22      The Court hereby grants Defendants' request to file a motion for summary judgment

23  exceeding 25 page limit, not to exceed 40 pages.

24      IT IS SO ORDERED:

25

26  Dated: 12/6/2012                            _____
                                                         United States District Judge

27

28