IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OMAR REYNOSO,

     Plaintiff,

  v.

CHIEF MEDICAL OFFICER DR. MICHAEL SAYRE, et al.,

     Defendants.

_____/

No. C 11-4525 CW (PR)

ORDER GRANTING PLAINTIFF LEAVE TO FILE OPPOSITION BRIEF IN EXCESS OF TWENTY-FIVE PAGES

(Docket no. 33)

GOOD CAUSE APPEARING, Plaintiff's request to file an opposition brief to Defendants' motion for summary judgment in excess of twenty-five pages is GRANTED.  The brief shall not exceed <u>forty</u> pages.

This Order terminates Docket no. 33.

IT IS SO ORDERED.

Dated: 2/28/2013

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California