**RIVERA & ASSOCIATES**

2180 Harvard Street, Suite 310
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, CSN 84259
Shanan L. Hewitt, CSN 200168
Jonathan B. Paul, CSN 215884

Attorneys for Defendants,
Michael Sayre, Laurie Thomas, N. Adam,
and F. Jacquez

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR REYNOSO,<br><br>    Plaintiff,<br><br>vs.<br><br>CHIEF MEDICAL OFFICER MICHAEL SAYRE, et al.<br><br>    Defendants. | CASE NO. 4:11-cv-4525-CW (PR)<br><br>**[PROPOSED] ORDER ON DEFENDANTS SAYRE, THOMAS, ADAM AND JACQUEZ'S REQUEST FOR EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Time: N/A (per Doc. 6)<br>Date: N/A (per Doc. 6) |

The Court hereby grants Defendants' request for an additional fourteen (14) days to file their reply papers to Plaintiff's opposition to Defendants' motion for summary judgment.

IT IS SO ORDERED:

Dated: 3/11/2013

_____
United States District Judge