RIVERA & ASSOCIATES

2180 Harvard Street, Suite 310
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, CSN 84259
Shanan L. Hewitt, CSN 200168
Jonathan B. Paul, CSN 215884

Attorneys for Defendants,
Michael Sayre, Laurie Thomas, N. Adam,
and F. Jacquez

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR REYNOSO, | CASE NO.  4:11-cv-4525-CW (PR) |
| Plaintiff, | [PROPOSED] ORDER ON DEFENDANTS SAYRE, THOMAS, ADAM AND JACQUEZ'S REQUEST FOR EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| | Time:  N/A (per Doc. 6) |
| CHIEF MEDICAL OFFICER MICHAEL SAYRE, et al. | Date:   N/A (per Doc. 6) |
| Defendants. | |

The Court hereby grants Defendants' request for an additional fourteen (14) days to file their reply papers to Plaintiff's opposition to Defendants' motion for summary judgment.

IT IS SO ORDERED:

Dated:   3/11/2013

_____
United States District Judge